IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No.: 1:07-mj-048 |
| Peter Wayne Olson, ) | |
| ) | |
| Defendant. ) | |

On September 6, 2007, the defendant, Peter Wayne Olson ("Olson"), made his initial appearance on a complaint charging him with the offense of retaliating against a witness, victim, or informant in violation of 18 U.S.C. §§ 1513(e). AUSA Scott Schneider appeared on the Government's behalf. Assistant Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on Olson's behalf.

The Government has filed a Motion for Detention. The parties agreed to Olson's release on conditions. Consequently, the Government's Motion for Detention (Docket No. 5) is **DENIED** as moot and Olson shall be released pursuant to the court's order setting conditions of release.

At the close of the hearing, Olson advised the court that he was waiving his right to a preliminary hearing in this matter. The court finds that Olson, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a preliminary hearing. Further, based upon Olson's waiver, the court finds that there is probable cause to believe that Olson may have committed the offense alleged in the complaint. Accordingly, the court **ORDERS** that Olson be bound over to the United States District Court to answer to the charges set forth in the complaint.

Dated this 6th day of September, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge