**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-mj-048 |
| Peter Wayne Olson, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The court **GRANTS** the Government's Motion for Leave to File Dismissal (Docket No. 17) and **ORDERS** that the Complaint against the Defendant be dismissed without prejudice.

Dated this 9th day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge